IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DARCEL RODULFO,

    Plaintiff,

vs.                                                               No. 1-20-cv-00735-KG-SCY

FRESENIUS MEDICAL CARE,

    Defendant.

**ORDER SETTING A TELEPHONIC STATUS CONFERENCE**

IT IS HEREBY ORDERED that a status conference will be held by telephone on **WEDNESDAY, JUNE 1, 2022, AT 2:30 PM**.  Counsel shall be prepared to discuss the scheduling of a jury trial for later this year.  Please call the Court's AT&T conference line at 1-888-398-2342, using access code 9614892, to be connected to the proceedings.

_____
UNITED STATES DISTRICT JUDGE