# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

**DARCEL RODULFO,**

    **Plaintiff,**

v.                                    Civ. No. 20-735 KG/SCY

**FRESENIUS MEDICAL CARE,**

    **Defendant.**

## STIPULATED ORDER FOR DISMISSAL

THIS MATTER having come before the Court upon Defendant, FRESENIUS MEDICAL CARE and Plaintiff, DARCEL RODULFO'S Joint Motion to Dismiss Plaintiff's claims against Defendant FRESENIUS MEDICAL CARE with prejudice FINDS that the Motion is well taken.

IT IS HEREBY ORDERED that Plaintiff's claims against FRESENIUS MEDICAL CARE are dismissed with prejudice.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

JACKSON LEWIS P.C.

By _____
    Jay J. Athey
    Danny W. Jarrett
800 Lomas Blvd. NW, Suite 200
Albuquerque, NM 87102
(505) 878-0515
Jay.Athey@jacksonlewis.com
Danny.Jarrett@jacksonlewis.com
**Attorneys for Defendant Fresenius Medical Care**

GILPIN LAW FIRM, LLC

By: *Approved Via E-Mail 09/08/2022*
    Donald G. Gilpin
    Christopher P. Machin
6757 Academy Road NE, Suite B
Albuquerque, NM 87109
Tel: (505) 244-3861
Fax: (505) 254-0044
Email: ggd48@gmail.com
Email: cmachin@thegilpinlawfirm.com
**Attorneys for Plaintiff**